IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD EUGENE DERRY, JR., | 1:08-cv-00692 OWW-GSA (PC) |
| Plaintiff, | ORDER TO SUBMIT A **NON-PRISONER** APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** PAY THE $350.00 FILING FEE WITHIN THIRTY DAYS |
| vs. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION AT COALINGA STATE HOSPITAL, | |
| Defendant. | |

Plaintiff is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915. Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the attached form for application to proceed in forma pauperis **for a non-prisoner;**

3. Within **thirty (30) days** of the date of service of this order, plaintiff shall submit the completed and signed application to proceed in forma pauperis **for a non-prisoner**, or in the

1

alternative, pay the $350.00 filing fee for this action.  **Failure to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated:   **May 22, 2008**                   /s/ **Gary S. Austin**
                                                                 UNITED STATES MAGISTRATE JUDGE