IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD EUGENE DERRY, JR., | 1:08-cv-00692-OWW-GSA (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT |
| vs. | |
| CA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | (DOCUMENT #7) |
| | SIXTY-DAY DEADLINE |
| Defendants. | |

On December 24, 2008, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **sixty (60) days** from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

Dated:   **January 5, 2009**          /s/ Gary S. Austin
                                                  UNITED STATES MAGISTRATE JUDGE