# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD EUGENE DERRY, JR., | CASE NO. 1:08-cv-00692-OWW-GSA PC |
| Plaintiff, | ORDER DISMISSING ACTION FOR FAILURE TO STATE ANY CLAIMS UPON WHICH RELIEF MAY BE GRANTED |
| v. | |
| CALIFORNIA DEPT. OF CORRECTIONS AND REHABILITATION AT COALINGA STATE HOSPITAL, | (Docs. 6 and 8) |
| Defendant. / | |

Plaintiff Harold Eugene Derry, Jr., a civil detainee proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 and California law on May 19, 2008. On December 12, 2008, the Court dismissed Plaintiff's complaint for failure to state any claims, with leave to file an amended complaint within thirty days. 28 U.S.C. § 1915(e)(2)(B)(ii). On January 5, 2009, the Court granted Plaintiff's motion for a sixty-day extension of time.

More than sixty days have passed, and Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

///
///
///
///

1   Accordingly, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), this action is HEREBY DISMISSED
2   based on Plaintiff's failure to state any claims upon which relief may be granted.

4   IT IS SO ORDERED.

5   **Dated:   August 6, 2009**                    **/s/ Oliver W. Wanger**
                                                   UNITED STATES DISTRICT JUDGE